DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CYNTHIA J. RENNICK** and **MANSON H. RENNICK,**
Appellants,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** d/b/a **CHRISTIANA TRUST,** not individually, but as trustee for **PRETIUM MORTGAGE ACQUISITION TRUST,**
Appellee.

No. 4D17-2538

[April 25, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502011CA016893XXXXMB.

Peter Ticktin, Brittani S. Gross and Kendrick Almaguer of The Ticktin Law Group, Deerfield Beach, for appellants.

Richard S. McIver of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***